| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2016
David J. Bradley, Clerk

JACKIE GLEN EDWARDS, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-16-0807
§
LORIE DAVIS, §
§
    Respondent. §

## Order of Adoption

On August 2, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (16). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Edwards's petition for writ of habeas corpus is denied with prejudice.

Signed _Sept. 12_, 2016, at Houston, Texas.

                                                        Lynn N. Hughes
                                          United States District Judge